# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| RLI Insurance Company, | No. CV-23-00204-TUC-RM |
| Plaintiff, | **ORDER** |
| v. | |
| Elijah Joplin, et al., | |
| Defendants. | |

Plaintiff filed a Notice of Voluntary Dismissal on September 29, 2023. (Doc. 14.) The dismissal is effective without a court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS ORDERED** that, pursuant to Plaintiff's Notice of Voluntary Dismissal (Doc. 14) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. The Clerk of Court is directed to close this case.

Dated this 29th day of September, 2023.

Honorable Rosemary Márquez
United States District Judge